■ HARRY T. MANGURIAN, INC., Respondent, v LISBON CONTRACTORS, INC., Appellant, et al., Defendants. (Appeal No. 2.) — Order unanimously affirmed. Same memorandum as in *Harry T. Mangurian, Inc. v Lisbon Contrs.* (86 AD2d 955). (Appeal from order of Supreme Court, Monroe County, Curran, J. — examination before trial.) Present — Simons, J. P., Hancock, Jr., Callahan, Denman and Moule, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL DAVIS, Appellant. — Judgment unanimously reversed, on the law and facts, and a new trial granted. Memorandum: The only eyewitness to the crime who was able to identify the defendant as the perpetrator was a juvenile, James Townsend, who testified for the prosecution. After he had testified and before cross-examination, defense counsel, who had previously been informed by a member of the Public Defender's office that he represented Townsend in a pending criminal matter, moved for release of Townsend's NYSIIS records. Under the law existing at that time, these criminal records were sealed (CPL 720.15, 720.35) and thus unavailable to him. The trial court denied the motion. Since Townsend had pleaded guilty to attempted burglary, third degree, on January 7, 1978, before defendant's trial, and was sentenced as a youthful offender on March 8, 1978, one day after testifying at defendant's trial, the sealed records were necessary, not just to impeach Townsend's general credibility based upon his prior criminal convictions, but to permit counsel to attempt to establish that he had a motive to falsify his testimony for the prosecution and the court's ruling requires reversal of the judgment and a new trial (see *Davis v Alaska,* 415 US 308, 316). (Appeal from judgment of Monroe County Court, Bergin, J. — robbery, second degree, and grand larceny, third degree.) Present — Dillon, P. J., Simons, Doerr, Moule and Schnepp, JJ.

■ WILLIAM BROWN et al., Respondents, v PHYLLIS CZAPLICKI et al., Appellants. (Action No. 1.) PHYLLIS CZAPLICKI et al., Appellants, v WILLIAM BROWN et al., Respondents. (Action No. 2.) — Judgment unanimously affirmed, with costs, for the reasons stated in the memorandum decision at Trial Term, Ostrowski, J. (Appeal from judgment of Supreme Court, Erie County, Ostrowski, J. — declaratory judgment.) Present — Dillon, P. J., Simons, Doerr, Moule and Schnepp, JJ.

■ ALLIS-CHALMERS CREDIT CORPORATION, Respondent, v BANK OF UTICA, Appellant. — Order unanimously affirmed, without costs, for the reasons stated at Special Term, Tenney, J. (Appeal from order of Supreme Court, Onondaga County, Tenney, J. — submitted controversy.) Present — Dillon, P. J., Simons, Doerr, Moule and Schnepp, JJ. [110 Misc 2d 283.]